Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (State Bar No. 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendant
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PAREDES III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a business entity form unknown, CAL-WESTERN RECONVEYANCE, LLC, a business entity form unknown, and DOES 1 – 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:14-cv-01682-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Federal Rule of Civil Procedure 41]**<br><br><br><br><br><br>Complaint Filed:  March 11, 2014 |

Plaintiff Eduardo Paredes III and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank FSB), by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 16, 2014

THE LAW OFFICES OF JOSEPH R. MANNING, JR.

By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorneys for Plaintiff
EDUARDO PAREDES III

Dated: July 16, 2014

LOCKE LORD LLP

By: */s/ Stephanie A. Chambers-Wraight*
Regina J. McClendon
Stephanie A. Chambers-Wraight
Attorneys for Defendant
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: July 16, 2014      By:   */s/ Stephanie A. Chambers-Wraight*
Stephanie A. Chambers-Wraight

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

# CERTIFICATE OF SERVICE

I, Stephanie A. Chambers-Wraight certify and declare as follows:

I am over the age of 18 years and not a party to this action.  My business address is 44 Montgomery Street, Suite 4100, San Francisco, California 94104, which is located in the city, county and state where the mailing described below took place.

On July 16, 2014, I served a copy of the document entitled:   STIPULATION OF DISMISSAL WITH PREJUDICE

I served the aforementioned document(s) on the parties or attorneys for parties in this action who are identified below.

<u>Via the Court's CM/ECF System:</u>

| | |
|---|---|
| Joseph R. Manning, Jr.<br>Katie Nahigian<br>Law Offices of Joseph R. Manning, Jr.<br>4667 MacArthur Boulevard, Suite 150<br>Newport Beach, CA 92660 | Attorneys for Plaintiff<br>Eduardo Paredes III |

<u>Via U.S. Mail:</u>

| | |
|---|---|
| Melissa N. Armstrong<br>Butler & Hosch, P.A.<br>525 East Main Street<br>El Cajon, CA 92020 | Attorneys for Defendant<br>Cal-Western Reconveyance LLC |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on July 16, 2014, at San Francisco, California.


*/s/ Stephanie A. Chambers-Wraight*
Stephanie A. Chambers-Wraight

STIPULATION OF DISMISSAL WITH PREJUDICE
*Paredes v. Wells Fargo Home Mortgage, et al.*; Case No. 3:14-cv-01682-JD